UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:04-CR-66-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LAWRENCE J. HARPER | ) | |
| | ) | |

By order dated 13 December 2005, defendant was committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4243. By order filed 18 June 2008, respondent was conditionally released from custody pursuant to 18 U.S.C. § 4243(f). This matter is now before the court on the government's motion to revoke respondent's conditional release, filed 9 October 2009. On 1 June 2010, the court held a hearing on this motion via video-conference technology.

For the reasons stated at the conclusion of that hearing, the court finds that respondent has failed to comply with the terms of his prescribed treatment regimen, and that, in light of that failure, his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another. Respondent's conditional release is hereby REVOKED, and it is ORDERED that he be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4243.

This 1 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge