UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:04-CR-66-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LAWRENCE HARPER | ) | |

This matter is before the court on defendant's letters to the court in which he appears to request that the court records be changed to reflect his legal name (which defendant apparently changed in 1996). To the extent the letters could be deemed motions, because defendant is represented by counsel, they are DENIED WITHOUT PREJUDICE to counsel re-filing.

This 28 April 2016.

_____
W. Earl Britt
Senior U.S. District Judge