UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:04-CR-66-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LAWRENCE HARPER | ) | |

This matter is before the court on defendant's (1) *pro se* motion for a discharge hearing pursuant to 18 U.S.C. § 4247(h), (DE # 104), and (2) motion, filed with the assistance of court-appointed counsel, to change his name of record, (DE # 106). The government did not file a response to either motion. Because defendant is represented by counsel, his *pro se* motion for a discharge hearing is DENIED WITHOUT PREJUDICE. For good cause shown, his motion for name change is ALLOWED. The Clerk is DIRECTED to change defendant's name on the docket to Kenyatta Bopopa Jomo f/k/a Lawrence Harper.

This 15 May 2019.

_____
W. Earl Britt
Senior U.S. District Judge